**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00366-CV**
_____

**WILLIAM T. KIPER, Appellant**

**V.**

**JUAN CARLOS GOMEZ-FIGUEROA, Appellee**

On Appeal from the 457th District Court
Montgomery County, Texas
Trial Cause No. 25-04-05162

**MEMORANDUM OPINION**

Appellant William T. Kiper filed a notice of appeal from an order denying a motion for summary judgment. Appellee Juan Carlos Gomez-Figueroa filed a motion to dismiss for lack of jurisdiction. Kiper did not file a response. Generally, appeals may be taken only from final judgments or interlocutory orders that are otherwise appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 200 (Tex. 2001); *see* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012 (appeal from final judgment), 51.014 (authorizes accelerated appeals from certain interlocutory

orders). A judgment or order is final if it disposes of every pending claim and party. *Lehmann*, 39 S.W.3d at 205. An order denying a motion for summary judgment does not finally dispose of the plaintiff's claims. Appellate courts have jurisdiction over appeals from interlocutory orders only if a statute explicitly provides such jurisdiction. *See Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007). A denial of a motion for summary judgment is not a final judgment and it is therefore generally not appealable. *Cincinnati Life Ins. Co. v. Cates*, 927 S.W.2d 623, 625 (Tex. 1996); *Mitchell v. Thomas*, No. 09-24-00035-CV, 2026 Tex. App. LEXIS 140, *12 (Tex. App.—Beaumont Jan. 8, 2026, no pet. h.) (mem. op.) ("Absent a final judgment, we do not have jurisdiction over this interlocutory appeal, unless authorized by statute."); *Brannon v. Kaur*, No. 05-20-00718-CV, 2020 Tex. App. LEXIS 7657, at *1 (Tex. App.—Dallas Sept. 21, 2020, no pet.) (mem. op.). Accordingly, we grant the motion and dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 21, 2026
Opinion Delivered January 22, 2026

Before Golemon, C.J., Johnson and Wright, JJ.